```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ESSENCE ALLEN-WRIGHT,              :
                                   :
          Plaintiff,               :
                                   :
                                   :    CIVIL ACTION
                                   :
     vs.                           :    No. 07-cv-4087
                                   :
                                   :
ALLSTATE INSURANCE CO.,            :
                                   :
          Defendant.               :
```

**ORDER**

AND NOW, this   5th   day of May, 2009, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 30), Plaintiff's Response in Opposition asking for Remand to the State Court and, in the alternative, for Leave to Brief the Issue Raised as to the UTPCL Count (Doc. No, 42), Defendant's Response to Plaintiff's Suggestion that Subject Matter Jurisdiction is Lacking (Doc. No. 47), Plaintiff's Memorandum of Law in Support of Request for Remand for Lack of Subject Matter Jurisdiction (Doc. No. 49) and Defendant's Response to Plaintiff's Motion to Remand (Doc. No. 51), and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion for Remand is DENIED.  It is further ORDERED that plaintiff SHALL be given leave to respond substantively to defendant's motion for summary judgment, including, but not limited to a briefing on the

UTPCL issues.  Plaintiff shall file such brief within fourteen (14) days of the issuance of this Order.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.